# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LIBERTY MUTUAL GROUP,
 et al.,

        Plaintiffs,        CIVIL ACTION NO. 07-11048

    vs.        DISTRICT JUDGE DENISE PAGE HOOD

KOHLER COMPANY,        MAGISTRATE JUDGE MONA K. MAJZOUB

        Defendant.
_____/

## ORDER VACATING COURT'S ORDER STRIKING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO DISCOVERY, REQUEST FOR ADMISSIONS AND FOR COSTS AND SANCTIONS

On January 28, 2008, Plaintiffs filed a Motion to Compel Defendant's Responses to Discovery, Request for Admissions and for Costs and Sanctions. On January 29, 2008, Plaintiffs' Counsel filed an Affidavit of Non- Concurrence. On February 05, 2008, Judge Denise Page Hood referred said Motion to the Undersigned for Hearing and Determination. On February 12, 2008, the Court issued an Order Striking Plaintiff's Motion for failure to conform to Local Rule 7.1(a). Upon review of the entire record, the Court's Order Striking Plaintiffs' Motion to Compel Responses to Discovery, Request for Admissions and for Costs and Sanctions dated February 12, 2008, will be VACATED and Plaintiffs' Motion to Compel Discovery is ACCEPTED for filing.

    **IT IS SO ORDERED.**


Dated: February 19, 2008        s/ Mona K. Majzoub
        MONA K. MAJZOUB
        United States Magistrate Judge

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: February 19, 2008              s/ Lisa C. Bartlett
                                      Courtroom Deputy